

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00624-CV

Olivia Briones **RIOJAS**,
Appellant

v.

Elvira V. **CHAVEZ**, Independent Administrator of the Estate of Ruben G. Briones, Deceased,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017PC3074
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Olivia Briones Riojas.

SIGNED December 5, 2018.

_____
Patricia O. Alvarez, Justice